**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Eastern District of North Carolina** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Taylor, George William Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **xxx-xx-7487** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**183 Beach Rd., South**<br>**Wilmington, NC 28411** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **New Hanover** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 1652**<br>**Wrightsville Beach, NC 28480** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____ ☐ Clearing Bank | ☐ Chapter 7    ☐ Chapter 11    ■ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business    ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Taylor, George William Jr.** | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ George William Taylor, Jr.**
Signature of Debtor **George William Taylor, Jr.**

X  _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March  4, 2005**
Date

**Signature of Attorney**

X  **/s/ Algernon L. Butler, III 20881**
Signature of Attorney for Debtor(s)
**Algernon L. Butler, III 20881**
Printed Name of Attorney for Debtor(s)
**Butler & Butler, L.L.P.**
Firm Name
**111 N. Fifth Avenue**
**PO Box 38**
**Wilmington, NC 28401**
Address
**910-762-1908  Fax: 910-762-9441**
Telephone Number
**March  4, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Algernon L. Butler, III 20881        March  4, 2005**
Signature of Attorney for Debtor(s)          Date
**Algernon L. Butler, III 20881**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X  _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **George William Taylor, Jr.** _____,   Case No. _____
                                                         Debtor

Chapter _____ **13** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 109,521.09 | | |
| C - Property Claimed as Exempt | Yes | 6 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 173,103.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 102,945.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,135.00 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| | Total Assets | | 109,521.09 | | |
| | | Total Liabilities | | 276,048.86 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **George William Taylor, Jr.** _____,    Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **George William Taylor, Jr.**

, Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **cash** | - | **0.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **SouthTrust checking account - negative balance of $976.88** <br><br> **BB&T checking account** | J <br><br> J | **0.00** <br><br> **0.09** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **4 beds, 4 couches, 2 coffee tables, kitchen table and 4 chairs, 2 desks and 2 chairs, 2 TVs, grill, misc. household tools, tool box, 3 lounge chairs, 2 ottomans, 2 side tables, 1 small table, 5 night stands, dining room table with 6 chairs, entertainment cabinet, 7 lamps, 4 dressers, 2 rugs, patio table with 4 chairs, pictures, posters, pots and pans, dishes, utensils, camping gear and tent, 2 ladders, garage shelving/rack, 2 computers, plant = $4,400.00.  Debtor's 1/2 value shown - Location in storage until debtor moves out of his parents house.** | J | **2,200.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **clothes** | - | **300.00** |
| 7.  Furs and jewelry. | X | | | |

Sub-Total >   **2,500.09**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **George William Taylor, Jr.**                                          ,          Case No. _____
                                                                 Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **TransAmerica life insurance policy, term policy, wife beneficiary** | **H** | **0.00** |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Merrill Lynch, CMA account** | **H** | **1.00** |
| 12. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | **The debtor is 50% owner of D. Sharpiro Management, Inc.  No assets no liabilities.  Out of business.** | **-** | **0.00** |
| | | | **The debtor is 50% owner of Carlin Financial Group of NC, LLC.  No assets no liabilities.  Out of business.** | **-** | **0.00** |
| | | | **The debtor is 50% owner of InvesTEC Financial Management, LLC.  No assets no liabilities.  Out of business.** | **-** | **0.00** |
| | | | **The debtor is 50% owner of The Performance Group I, LLC.  Liabilities exceed assets (no assets) - out of business.** | **-** | **0.00** |
| | | | **The debtor is 50% owner of ITAC Management, Inc. No assets no liabilities.  Out of business.** | **-** | **0.00** |
| | | | **The debtor is 100% owner of Taylor Motorsports, LLC.  Business is insolvent. Liabilities exceed assets (no assets) - out of business.** | **-** | **0.00** |
| | | | **The debtor owned a sole proprietorship under the his name, George W. Taylor.  No assets no liabilities.  Out of business.** | **-** | **0.00** |
| 13. | Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >                                                     **1.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **George William Taylor, Jr.**        ,     Case No. _____

                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Potential tax refund - none expected** | - | 0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 GMC Yukon Denali - 39,000 miles approx.** | H | 45,000.00 |
| | | **2004 VW Tourareg - 14,000 miles approx.** | H | 46,000.00 |
| | | Sub-Total > (Total of this page) | | 91,000.00 |

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re  **George William Taylor, Jr.**                                      ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2002 Estee Trailer - pull behind trailer** | **H** | **300.00** |
| 24. Boats, motors, and accessories. | | **2 - 2003 Honda Aquatrax Jetskis and trailer** | **H** | **15,220.00** |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **2 computers, 4 monitors** | **H** | **500.00** |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | **dog - pet** | **-** | **0.00** |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **16,020.00** |
| (Total of this page) | |
| Total > | **109,521.09** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

**IN THE MATTER OF:**                              **CASE NUMBER:**

**GEORGE WILLIAM TAYLOR, JR.**

    **Debtor(s)**

### SCHEDULE C CLAIM OF EXEMPTIONS

    I, <u>George William Taylor, Jr.</u>, claim the following property as exempt pursuant to 11 U.S.C. 522 (b)(2)(A) and (B) and the laws of the State of North Carolina, and non-bankruptcy Federal Law:

    1.    N.C.G.S. 1C-1601(a)(1) (N.C. Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (exemption not to exceed $10,000.00).

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| | | | | |

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT:     $0.00**

    2.    N.C.G.S. 1C-1601(a)(3) MOTOR VEHICLE (exemption in one vehicle not to exceed $1,500.00).

| Model, Year Style of Auto | Market Value | Lien Holder | Amt. of Lien | Net Value |
|---|---|---|---|---|
| | | | | |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT : $1,500.00**

    3.    N.C.G.S. 1-C 1601(a)(4) (N.C Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (net value not to exceed $3,500.00 plus $750.00 for first four dependents).

    The number of dependents for exemption purposes is:   _3_

        See Schedule B for itemization of personal property

F:\Sys\USERS\SHARED\EXEMPT\Taylor.George.wpd

| Description of Property | Market Value | Lien Holder | Amt.Lien | Net Value |
|---|---|---|---|---|
| Clothing & Personal | 300.00 | | | 300.00 |
| Household goods | | | | 2,200.00 debtor' s ½ interest |
| | See also any additional encumbered household goods in B-4 -liens believed to be in excess of value | | | |
| Jewelry | | | | |
| Books, Pictures | | | | |
| Refrigerator | | | | |
| Freezer | | | | |
| Washer/dryer | | | | |
| Television/VCR | | | | |
| Telephone | | | | |
| China | | | | |
| Silver | | | | |
| Books & Pictures | | | | |
| Paintings/Art | | | | |
| Living Room Furniture | | | | |
| Den Furniture | | | | |
| Bedroom Furniture | | | | |
| Dining Room Furniture | | | | |
| Stereo/Radio/TV | | | | |
| Musical Instruments | | | | |
| Piano/Organ | | | | |
| Air Conditioner | | | | |
| 2 computers, 4 monitors | 500.00 | | | 500.00 |
| | | | TOTAL | 3,000.00 |

**TOTAL VALUE CLAIMED AS EXEMPT:  $5,750.00**

4.      N.C.G.S. 1C-1601(a)(5) TOOLS OF TRADE (total net value not to exceed $750.00 in value).

| Description | Market Value | Lien Holder | Amount Lien | Net Value |
|---|---|---|---|---|
| 2 computers, 4 monitors | 500.00 | | | 500.00 |

**VALUE CLAIMED AS EXEMPT:  $750.00**

5.      N.C.G.S. 1C-1601(a)(6) LIFE INSURANCE (N.C. Const., Article X, Section 5).

| Company | Insured | Policy Number | Beneficiary |
|---|---|---|---|
| TransAmerica Life Insurance | Debtor | 42075260 | Wife |

6.      N.C.G.S. 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (Debtor or Debtor's Dependents, no limit on value).

Description
None

7.      N.C.G.S. 1C-1601(a)(8) COMPENSATION FOR PERSONAL INJURY OR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT.   COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

8.      N.C.G.S. 1C-1601(a)(2) ANY PROPERTY (total net value not to exceed $3,500.00 less any amount used under N.C.G.S. 1C-1601 (a)(1) and after reduction for overages in categories 2, 3, and 4).

| Description | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|
| 2002 Estee Trailer | $300.00 | | | $300.00 |
| Any other property listed in debtor's schedules and not otherwise exempt, including any proceeds generated by the Trustee from the sale of property of the estate including a tax refund if any. | | | | $3,200.00 |

**VALUE OF PROPERTY CLAIMED AS EXEMPT: $3,500.00**

9.      TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 U.S.C 522(b)(2)(B) and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Lien Holder | Amount Lien | Net Value |
|---|---|---|---|---|
| | | | | |

**VALUE OF ENTIRETIES PROPERTY CLAIMED AS EXEMPT: The debtor's entire beneficial and legal interest in the property listed here.**

10.      OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA      AMOUNT

a.    Aid to the Aged, Disabled and Families with Dependant Children N.C.G.S. 108A-36    _____

b.    Aid to the Blind N.C.G.S. 11-18    _____

c.    Yearly Allowance for Surviving Spouse NCGS 30-15, NCGS 30-33    _____

d.    North Carolina Local Government Employees Retirement benefits N.C.G.S. 128-31    _____

e.    North Carolina Teachers and State Employees Retirement benefits N.C.G.S. 135-9    _____

f.    Firemen's Relief Fund pensions N.C.G.S. 118-49, 58-86-90    _____

g.    Fraternal Benefit Society benefits N.C.G.S. 58-24-85    _____

h.    Workers Compensation benefits N.C.G.S. 97-21    _____

i.    Unemployment benefits, so long as not commingled and except for debts for necessities purchased while unemployed N.C.G.S. 96-17    _____

j.    Group life insurance proceeds N.C.G.S. 58-58-165    _____

k.    Partnership property, except on a claim against the partnership N.C.G.S. 59-55    _____

l.    Wages of debtor necessary for support of family N.C.G.S. 1-362    _____

m.    Retirement benefits-State law enforcement officers N.C.G.S. 143-166.30

n.    Disability income-Teachers and State employees retirement system N.C.G.S. 135-111

o.    N.C. Supplemental Retirement Income Plan benefits N.C.G.S. 135-95

p.    N.C. Legislative Retirement System benefits N.C.G.S. 120-4.29

r.    Individual Retirement Plan N.C.G.S. 1C - 1601(a)(9)

**TOTAL PROPERTY CLAIMED AS EXEMPT:  $** _____

11.    EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW          AMOUNT

_____

a.    Foreign Service Retirement and Disability Payments 22 USC 1104          _____

b.    Social Security benefits 42 U.S.C. 407          _____

c.    Injury or death compensation payments from war risk hazards 42 U.S.C. 1717          _____

d.    Wages of fishermen, seamen, and apprentices 46 U.S.C. 601          _____

e.    Civil Service Retirement benefits 5 U.S.C. 729, 2265          _____

f.    Longshoremen and Harbor Workers Compensation Act death and disability
      benefits 33 U.S.C. 916          _____

g.    Railroad Retirement Act annuities and pensions 45 USC 228 (L)          _____

h.    Veterans benefits 45 U.S.C. 352(E)          _____

i.    Special pension paid to winners of Congressional Medal of Honor 38 U.S.C. 3101          _____

j.    Federal homestead lands, on debts contracted before the issuance of the patent
      42 U.S.C. 175          _____

k.    ERISA qualified retirement plan          _____

**TOTAL PROPERTY CLAIMED AS EXEMPT:**          _____

12.    The following tangible personal property was purchased by the debtor within 90
days          of the filing of the bankruptcy petition:

| Description | Market Value | Lien Holder | Amount Lien | Net Value |
|---|---|---|---|---|

13.    The debtor's property is subject to the following claims:

a.    Of the United States or its agencies as provided by federal law

b.     Of the State of North Carolina or its subdivisions for taxes or appearance bonds

c.     Of a lien by a laborer

d.     Of a lien by a mechanic

e.     For payment of obligations contracted for the purchase of specific property

f.     For repair or improvement of specific property

g.     For contractual security interests in specific property, except debtor's household goods on which there exists a non-possessory, non-purchase money security interest

h.     For statutory liens, other than judicial liens

i.     For child support or alimony, ordered pursuant to Chapter 50 of the General Statutes     of North Carolina

| Claimant | Nature of Claim | Amt. of Claim | Description of Property | Value of Property | Net Value |
|----------|-----------------|---------------|-------------------------|-------------------|-----------|
| None | | | | | |

None of the property listed in paragraph 12 has been included in this claim of exemptions.

None of the claims listed in paragraph 13 is subject to this claim of exemptions.

**DATE: March 4, 2005**                **s/George William Taylor, Jr.**

                                         **George William Taylor, Jr. - Debtor**

Form B6D
(12/03)

In re  **George William Taylor, Jr.** _____,    Case No. _____

_____
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Agreement | | | | | |
| **GMAC** **Attn: Managing Officer/Agent** **Post Office Box 30788** **Charlotte, NC 28230-0788** | | H | **2003 GMC Yukon Denali - 39,000 miles approx.** | | | | | |
| | | | Value $                    45,000.00 | | | | 45,000.00 | 0.00 |
| Account No. | | | Security Agreement | | | | | |
| **Honda Financial** **Att: Managing Agent/Officer** **PO Box 650024** **Dallas, TX 75265** | | H | **2 - 2003 Honda Aquatrax Jetskis and trailer** | | | | | |
| | | | Value $                    15,220.00 | | | | 17,103.00 | 1,883.00 |
| Account No. | | | Judgment Lien | | | | | |
| **Internal Revenue Service** **Insolvency Support Services** **320 Federal Place, Room 335** **Greensboro, NC 27401** | X | J | **1999 and 2000 income tax penalties - tax lien filed 12/2/04 - All assets of the debtor. Estimated value of debtor's interest shown. Approximate amount of claim shown.** | | | | | |
| | | | Value $                      3,300.09 | | | | 65,000.00 | 61,699.91 |
| Account No. | | | Security Agreement | | | | | |
| **VW Credit** **Att: Managing Agent/Officer** **PO Box 7247-0136** **Philadelphia, PA 19170** | | H | **2004 VW Tourareg - 14,000 miles approx.** | | | | | |
| | | | Value $                    46,000.00 | | | | 46,000.00 | 0.00 |

___0___ continuation sheets attached

|  | Subtotal (Total of this page) | 173,103.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 173,103.00 |

Form B6E
(04/04)

In re   **George William Taylor, Jr.**                                              Case No. _____
                                                                           ,
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re  **George William Taylor, Jr.**                                    ,     Case No. _____
                                                Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Employment Security Commission Attn: Managing Officer/Agent Post Office Box 26504 Raleigh, NC 27611-6504** | - | | **Listed for notice purposes - Any and all claims.** | | | X | <br><br><br><br>0.00 | <br><br><br><br>0.00 |
| Account No.<br><br>**Internal Revenue Service Insolvency Support Services 320 Federal Place, Room 335 Greensboro, NC 27401** | - | | **Any and all claims.  Listed for notice purposes.** | | | X | <br><br><br><br>0.00 | <br><br><br><br>0.00 |
| Account No.<br><br>**North Carolina Dept. of Revenue Office Serv. Division Bankr. Unit Post Office Box 1168 Raleigh, NC 27602-1168** | - | | **Listed for notice purposes - Any and all claims.** | | | X | <br><br><br><br>0.00 | <br><br><br><br>0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal (Total of this page) | 0.00 | |
|---|---|---|
| Total (Report on Summary of Schedules) | 0.00 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6F
(12/03)

In re  **George William Taylor, Jr.**                                          ,    Case No. _____
                                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American Express** <br> **Att: Managing Agent/Officer** <br> **PO Box 360002** <br> **Ft. Lauderdale, FL 33336-0002** | X | H | **Debt of Taylor Motorsports, LLC.  Debtor personally guaranteed this debt.** | | | | **25,500.00** |
| Account No. <br><br> **American Express** <br> **Att: Managing Agent/Officer** <br> **PO Box 360001** <br> **Ft. Lauderdale, FL 33336-0001** | X | H | **Debt of Taylor Motorsports, LLC.  Debtor personally guaranteed this debt.** | | | | **19,000.00** |
| Account No. <br><br> **American Stock Exchange** <br> **Att: Managing Agent/Officer** <br> **PO Box 11181A** <br> **New York, NY 10286-1181** | X | H | **Debt of The Performance Group, L.L.C. Liability of debtor disputed.** | | | X | **0.00** |
| Account No. <br><br> **BB&T** <br> **Att : Mr. Jack R. Hayes** <br> **PO Box 1847** <br> **Wilson, NC 27894-1847** | | H | **credit line** | | | | **25,500.00** |
| | | | Subtotal <br> (Total of this page) | | | | **70,000.00** |

__6__   continuation sheets attached

Form B6F - Cont.
(12/03)

In re **George William Taylor, Jr.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Best Buy** Attn: Managing Officer/Agent PO Box 5238 Carol Stream, IL 60197 | | H | | credit card account | | | | **2,300.00** |
| Account No. **Carlin Equities Corporation** Att: Salvatore Risi 1270 Avenue of the Americas 2ndFloor New York, NY 10020 | X | H | | Pending NASD arbitration. Debtor is not liable; Liability of debtor disputed and is contingent and unliquidated. | X | X | X | **0.00** |
| Account No. Representing: **Carlin Equities Corporation** | | | | **Dillon, Bitar & Luther, LLC** Attorneys at Law PO Box 398 Morristown, NJ 07963-0398 | | | | |
| Account No. Representing: **Carlin Equities Corporation** | | | | **Kosiso Onyia** NASD Dispute Resolutions 1735 K Street, NW Washington, DC 20006-1596 | | | | |
| Account No. **CDW Direct** Att: Managing Agent/Officer PO Box 75723 Chicago, IL 60675-5723 | X | H | | Debt of The Performance Group, L.L.C. Liability of debtor disputed. | | | X | **0.00** |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **2,300.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **George William Taylor, Jr.**                                            ,        Case No. _____
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. CentraTrade Services, Ltd. Att: Managing Agent/Officer 245 Commerce Green Blvd., Suite 240 Sugar Land, TX 77478 | X | H | | Debt of The Performance Group, L.L.C. Liability of debtor disputed. | | | X | 0.00 |
| Account No. Comstock Att: Managing Agent/Officer 22 Crosby Dr. Bedford, MA 01730 | X | H | | Debt of The Performance Group, L.L.C. Liability of debtor disputed. | | | X | 0.00 |
| Account No. Dell Financial Services Att: Managing Agent/Officer PO Box 80409 Austin, TX 78708-0409 | X | H | | Debt of The Performance Group, L.L.C. Liability of debtor disputed. | | | X | 0.00 |
| Account No. Dow Jones & Company Att: Managing Agent/Officer PO Box 300 Princeton, NJ 08543-0300 | X | H | | Debt of The Performance Group, L.L.C. Liability of debtor disputed. | | | X | 0.00 |
| Account No. Forsyth County Day School Att: Hank Battle 5501 Shallowford Rd. Lewisville, NC 27023 | | H | | pledge from 2000. Liability of debtor disputed. | | | X | 0.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **George William Taylor, Jr.**                                              ,    Case No. _____

                                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Pending NASD arbitration. Debtor is not liable; Liability of debtor disputed and is contingent and unliquidated. | | | | |
| Generic Trading of Philadelphia,LLC Att: Salvatore Risi 1270 Ave. of the Americas,12thFloor New York, NY 10020 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Dillon, Bitar & Luther, LLC Attorney at Law PO Box 398 Morristown, NJ 07963-0398 | | | | |
| Representing: Generic Trading of Philadelphia,LLC | | | | | | | | |
| Account No. | | | | Kosiso Onyia NASD Dispute Resolutions 1735 K Street, NW Washington, DC 20006-1596 | | | | |
| Representing: Generic Trading of Philadelphia,LLC | | | | | | | | |
| Account No. | | | | Any and all liabilities including claim for alleged erroneous tax refund. Personal liability of debtor disputed. | | | | |
| Internal Revenue Service Insolvency Support Services 320 Federal Place, Room 335 Greensboro, NC 27401 | | H | | | | | | |
| | | | | | | | | 1,136.20 |
| Account No. | | | | Debt of The Performance Group, L.L.C. Liability of debtor disputed. | | | | |
| MCI Att: Managing Agent/Officer 20855 Stone Oak Parkway San Antonio, TX 78258 | X | H | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,136.20

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **George William Taylor, Jr.**                                         ,    Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**NAI Financial Services**<br>**Att: Managing Agent/Officer**<br>**PO Box 691355**<br>**Cincinnati, OH 45269-1355** | X | H | **Debt of The Performance Group, L.L.C. Liability of debtor disputed.** | | | X | **0.00** |
| Account No. <br><br>**New Hanover Regional Medical Center**<br>**Attn: Managing Officer/Agent**<br>**Post Office Box 9000**<br>**Wilmington, NC 28402-9000** | | H | **Medical bill** | | | | **2,385.66** |
| Account No. <br><br>**New River Assets**<br>**Att: Managing Agent/Officer**<br>**6210 Hackers Bend**<br>**Winston Salem, NC 27103** | | H | **Listed for notice purposes only - No debt believed to be owing.** | | | X | **0.00** |
| Account No. <br><br>**New York Stock Exchange**<br>**Att: Managing Agent/Officer**<br>**Grand Central Station/PO Box 4695**<br>**New York, NY 10163** | X | H | **Debt of The Performance Group, L.L.C. Liability of debtor disputed.** | | | X | **0.00** |
| Account No. <br><br>**North Carolina Dept. of Revenue**<br>**Office Serv. Division Bankr. Unit**<br>**Post Office Box 1168**<br>**Raleigh, NC 27602-1168** | X | J | **1997 and 1998 income taxes and any other claims** | | | | **4,635.93** |

Sheet no. __**4**__ of __**6**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,021.59**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **George William Taylor, Jr.**                                          ,        Case No. _____

                                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debt of The Performance Group, L.L.C. Liability of debtor disputed. | | | | |
| Reuters America Att: Managing Agent/Officer GPO Box 10410 Newark, NJ 07193-0410 | X | H | | | | | X | 0.00 |
| Account No. | | | | overdraft protection account | | | | |
| SouthTrust Bank Att: Managing Agent/Officer PO Box 2233 Birmingham, AL 35201 | X | J | | | | | | 976.88 |
| Account No. | | | | Debt of The Performance Group, L.L.C. Liability of debtor disputed. | | | | |
| Thomson Financial Att: Managing Agent/Officer 195 Broadway New York, NY 10007 | X | H | | | | | X | 0.00 |
| Account No. | | | | on account | | | | |
| USAA Auto Insurance Att: Managing Agent/Officer 9800 Fredericksburg Rd. San Antonio, TX 78288 | | H | | | | | | 1,818.56 |
| Account No. | | | | credit card account | | | | |
| USAA Mastercard Att: Managing Agent/Officer 10750 McDermott Fwy. San Antonio, TX 78288-0570 | X | J | | | | | | 17,000.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **19,795.44**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **George William Taylor, Jr.**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Debt of The Performance Group, L.L.C. Liability of debtor disputed. | | | | |
| **Verizon Wireless** Att: Managing Agent/Officer PO Box 105378 Atlanta, GA 30348 | X | H | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | on account | | | | |
| **Warranty Direct** Att: Managing Agent/Officer 333 Earle Ovington Blvd. Uniondale, NY 11553 | | H | | | | | | |
| | | | | | | | | 1,666.00 |
| Account No. | | | | Listed for notice purposes only. No debt believed to be owing. | | | | |
| **William Toole** c/o TravelClick, Inc. 100 Arapahoe, Suite 100 Boulder, CO 80302 | | H | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | legal fees | | | | |
| **Wilson & Iseman, Attorneys at Law** Att: Managing Agent/Officer 110 Oakwood Dr. Winston Salem, NC 27103 | | H | | | | | | |
| | | | | | | | | 1,026.63 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**6**__ of __**6**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 2,692.63 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 102,945.86 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **George William Taylor, Jr.**_____,    Case No. _____

                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
              schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

__0___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **George William Taylor, Jr.**                            ,        Case No. _____

                                      Debtor

# SCHEDULE H. CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Giselle Taylor**<br>**183 Beach Rd., South**<br>**Wilmington, NC 28411** | **USAA Mastercard**<br>**Att: Managing Agent/Officer**<br>**10750 McDermott Fwy.**<br>**San Antonio, TX 78288-0570** |
| **Giselle Taylor**<br>**183 Beach Rd., South**<br>**Wilmington, NC 28411** | **North Carolina Dept. of Revenue**<br>**Office Serv. Division Bankr. Unit**<br>**Post Office Box 1168**<br>**Raleigh, NC 27602-1168** |
| **Giselle Taylor**<br>**183 Beach Rd., South**<br>**Wilmington, NC 28411** | **SouthTrust Bank**<br>**Att: Managing Agent/Officer**<br>**PO Box 2233**<br>**Birmingham, AL 35201** |
| **Giselle Taylor**<br>**183 Beach Rd., South**<br>**Wilmington, NC 28411** | **Internal Revenue Service**<br>**Insolvency Support Services**<br>**320 Federal Place, Room 335**<br>**Greensboro, NC 27401** |
| **ITAC Management, Inc.** | **Carlin Equities Corporation**<br>**Att: Salvatore Risi**<br>**1270 Avenue of the Americas 2ndFloor**<br>**New York, NY 10020** |
| **ITAC Management, Inc.** | **Generic Trading of Philadelphia,LLC**<br>**Att: Salvatore Risi**<br>**1270 Ave. of the Americas,12thFloor**<br>**New York, NY 10020** |
| **Taylor Motorsports, LLC** | **American Express**<br>**Att: Managing Agent/Officer**<br>**PO Box 360002**<br>**Ft. Lauderdale, FL 33336-0002** |
| **Taylor Motorsports, LLC** | **American Express**<br>**Att: Managing Agent/Officer**<br>**PO Box 360001**<br>**Ft. Lauderdale, FL 33336-0001** |
| **The Performance Group, L.L.C.** | **MCI**<br>**Att: Managing Agent/Officer**<br>**20855 Stone Oak Parkway**<br>**San Antonio, TX 78258** |

  **2**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re    **George William Taylor, Jr.**_____,    Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| The Performance Group, L.L.C. | Comstock<br>Att: Managing Agent/Officer<br>22 Crosby Dr.<br>Bedford, MA 01730 |
| The Performance Group, L.L.C. | NAI Financial Services<br>Att: Managing Agent/Officer<br>PO Box 691355<br>Cincinnati, OH 45269-1355 |
| The Performance Group, L.L.C. | Dell Financial Services<br>Att: Managing Agent/Officer<br>PO Box 80409<br>Austin, TX 78708-0409 |
| The Performance Group, L.L.C. | Verizon Wireless<br>Att: Managing Agent/Officer<br>PO Box 105378<br>Atlanta, GA 30348 |
| The Performance Group, L.L.C. | CentraTrade Services, Ltd.<br>Att: Managing Agent/Officer<br>245 Commerce Green Blvd., Suite 240<br>Sugar Land, TX 77478 |
| The Performance Group, L.L.C. | CDW Direct<br>Att: Managing Agent/Officer<br>PO Box 75723<br>Chicago, IL 60675-5723 |
| The Performance Group, L.L.C. | Reuters America<br>Att: Managing Agent/Officer<br>GPO Box 10410<br>Newark, NJ 07193-0410 |
| The Performance Group, L.L.C. | Thomson Financial<br>Att: Managing Agent/Officer<br>195 Broadway<br>New York, NY 10007 |
| The Performance Group, L.L.C. | Dow Jones & Company<br>Att: Managing Agent/Officer<br>PO Box 300<br>Princeton, NJ 08543-0300 |
| The Performance Group, L.L.C. | American Stock Exchange<br>Att: Managing Agent/Officer<br>PO Box 11181A<br>New York, NY 10286-1181 |

Sheet   __1__   of   __2__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **George William Taylor, Jr.** _____ ,    Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Performance Group, L.L.C.** | **New York Stock Exchange**<br>**Att: Managing Agent/Officer**<br>**Grand Central Station/PO Box 4695**<br>**New York, NY 10163** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6I
(12/03)

In re **George William Taylor, Jr.**                                   Case No. _____
_____
Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>  wife<br>  son<br>  son | AGE<br>-<br>15<br>16 |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Financial Analyst** | |
| Name of Employer | **G.W. Taylor** | |
| How long employed | **immediate** | |
| Address of Employer | | |

| INCOME:  (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | **4,500.00** | $ | **N/A** |
| Estimated monthly overtime | $ | **0.00** | $ | **N/A** |
| SUBTOTAL | $ | **4,500.00** | $ | **N/A** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
| b.  Insurance | $ | **0.00** | $ | **N/A** |
| c.  Union dues | $ | **0.00** | $ | **N/A** |
| d.  Other (Specify) _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,500.00** | $ | **N/A** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ | **N/A** |
| Income from real property | $ | **0.00** | $ | **N/A** |
| Interest and dividends | $ | **0.00** | $ | **N/A** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| Social security or other government assistance (Specify) _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| Pension or retirement income | $ | **0.00** | $ | **N/A** |
| Other monthly income (Specify) _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| TOTAL MONTHLY INCOME | $ | **4,500.00** | $ | **N/A** |

TOTAL COMBINED MONTHLY INCOME       $ _____ **4,500.00**       (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
**The debtor is living in his parent's house.  Debtor has just began employed. Income may change if he finds another job.**

In re  **George William Taylor, Jr.**                                  Case No. _____

_____

Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| Are real estate taxes included? | Yes ___ | No **X** | |
| Is property insurance included? | Yes ___ | No **X** | |
| Utilities: | Electricity and heating fuel | $ | 0.00 |
| | Water and sewer | $ | 0.00 |
| | Telephone | $ | 0.00 |
| | Other  **cable, internet** | $ | 140.00 |
| Home maintenance (repairs and upkeep) | | $ | 0.00 |
| Food | | $ | 600.00 |
| Clothing | | $ | 50.00 |
| Laundry and dry cleaning | | $ | 15.00 |
| Medical and dental expenses | | $ | 25.00 |
| Transportation (not including car payments) | | $ | 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 75.00 |
| Charitable contributions | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
| | Homeowner's or renter's | $ | 0.00 |
| | Life | $ | 0.00 |
| | Health | $ | 785.00 |
| | Auto | $ | 495.00 |
| | Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)  **estimated taxes** | | $ | 1,525.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | |
| | Auto | $ | 0.00 |
| | Other | $ | 0.00 |
| | Other | $ | 0.00 |
| | Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| Other  **storage** | | $ | 175.00 |
| Other | | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    $ | 4,135.00

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | $ | 4,500.00 |
| B.   Total projected monthly expenses | $ | 4,135.00 |
| C.   Excess income (A minus B) | $ | 365.00 |
| D.   Total amount to be paid into plan each    **Monthly** | $ | 365.00 |
| | (interval) | |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **George William Taylor, Jr.**                                                    Case No.

_____    Chapter    **13**
                                    Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**28**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March  4, 2005**                              Signature    **/s/ George William Taylor, Jr.**
                                                          **George William Taylor, Jr.**
                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **George William Taylor, Jr.**                                       Case No.
                                                    Debtor(s)         Chapter    **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$0.00** | **2005 - No income** |
| **$0.00** | **2004 - No income** |
| **$57,335.00** | **2003 - ITAC Management, Inc.** |
| **$1,284,318.00** | **2003 - Carlin Equities Corp.** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$6,514.37** | **2004 - J - net proceeds from sale of house** |
| **$8,320.00** | **2004 - H - unemployment** |

2

| AMOUNT | SOURCE |
|---|---|
| **$45,600.00** | **2004 - J - sale of miscellaneous personal property** |
| **$22,088.16** | **2003 - J - net proceeds from sale of rental property in 2003** |

**3. Payments to creditors**

None
☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **USAA Mastercard**<br>**10750 McDermott Fwy.**<br>**San Antonio, TX 78288-0570** | **12/9/04-$1,000.00;12/17/04-$500.00;12/21/04-$500.00;1/3/05-$2,000.00;1/12/05-$350.00;1/20/05-$500.00** | **$4,850.00** | **$17,000.00** |
| **American Express**<br>**PO Box 360001**<br>**Ft. Lauderdale, FL 33336-0001** | **12/6/04-$1,638.00** | **$1,638.00** | **$19,000.00** |
| **GMAC**<br>**Post Office Box 30788**<br>**Charlotte, NC 28230-0788** | **12/15/04-$1,000.00;**<br>**12/26/04-$1000.00** | **$2,000.00** | **$45,000.00** |
| **VW Credit**<br>**PO Box 7247-0136**<br>**Philadelphia, PA 19170** | **12/26/04-$927.00** | **$927.00** | **$46,000.00** |
| **Principal Insurance** | **12/26/04-$1,570.00** | **$1,570.00** | **$0.00** |
| **Cape Fear Academy**<br>**3900 S. College Rd.**<br>**Wilmington, NC 28412** | **12/27/04-$2,552.00 -**<br>**monthly tuition for children** | **$2,552.00** | **$0.00** |

None
■

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Generic Tracking/Carlin Equities**<br>**vs.**<br>**George Taylor**<br>**04-04360** | **NASD Dispute Resolution** | **NASD Dispute Resolution Arbitration** | **Pending** |
| **George & Giselle Taylor**<br>**vs.**<br>**Wishon & Carter Builders**<br>**04CVM252** | **Complaint** | **District Court Yadkin County** | **In favor of Defendant** |

3

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **NC Dept. of Revenue**<br>**PO Box 25000**<br>**Raleigh, NC 27640** | **July 14, 2004** | **NC Dept. of Revenue seized $500.00(approx) out of the debtors checking account at BB&T.** |

#### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| . | **family** | **various** | **Various Christmas and Birthday gifts to children and wife.** |

4

### 8.  Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **The debtor lost approx. $80,000.00 daytrading in 2004** | | **2004** |

### 9.  Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Butler & Butler, L.L.P.** | **1/20/05** | **$750.00** |
| **111 N. Fifth Avenue** | **1/26/05** | **$750.00** |
| **PO Box 38** | **2/11/05** | **$209.00 filing fee** |
| **Wilmington, NC 28401** | **3/4/05** | **$1,085.00** |
| | **(The debtor's wife paid $800.00 of the attorney's fees)** | |

### 10.  Other transfers

None ☐

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Robert H. Dunham** **1444 Ridgemere Lane** **Winston Salem, NC 27103** none | **September 17, 2004** | **The debtor sold his residence on September 17, 2004 to the referenced transferee.  The net sales proceeds after paying off mortgage was $6,514.37.** |
| **various** none | **various** | **In 2004 the debtor sold various personal property including** **July 2004 - 2001 BMW X5 - value received $20,000.00 gross** **August 2004 - Rolex Daytona watch - value received $5,200.00** **February 2004 - childrens go-carts - value received $10,000.00** **January-June 2004 - racing equipment - value received $6,000.00** **July 2004 - Daytona arcade game - value received $2,000.00** **July 2004 - Dinner pinball machine - value received $800.00** **July 2004 - elliptical exercise machine - value received $1,000.00** |
| . | | **July 2004 - universal weight machine - value received $600.00** |

5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Giselle Taylor**<br>**183 Beach Rd., South**<br>**Wilmington, NC 28411**<br>**wife** | **December 2004** | **The debtor's parents gifted to the debtor and his wife $11,000.00 and the money was deposited into a joint account of debtors and his wife. In order to divide the money the debtor immediately wrote his wife a check for $5,000.00 which was deposited into an account solely in her name. The share of both the debtor and his wife were used to pay the family's expenses.** |
| . | | **Debtor's son turned 16 in November and debtor's parents wanted to give the son a car for his birthday. Debtor's father asked debtor to pick out and facilitate its purchase. A Nissan was purchased for debtor's son for $24,000.00 and debtor advanced approx. $14,000.00 on his American Express credit card to secure the sale. The debtor's father paid the balance of $10,000.00 by check to the dealership, and reimbursed the debtor $12,000.00 on the $14,000.00 which he had advanced.** |
| . | | **The car was titled in debtor's father's name, then father transferred car to debtor's son.** |

**11. Closed financial accounts**

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

6

**14. Property held for another person**

None ☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| . | **The debtor lives with his wife and 2 children.  Any property at the debtor's residence and not listed on the Petition and Schedules belongs to the debtors' wife or children.** | **183 Beach Rd., South Wilmington, NC 28411** |
| . | **The debtor lives in his parents furnished house.  All furnishings in the debtor's residence belong to his parents.  There are 2 boats in the garage that belong to the debtor's parents.** | **183 Beach Rd., South Wilmington, NC 28411** |
| . | **The debtor's 16 year old son has his vehicle at the debtor's residence.** | |

**15. Prior address of debtor**

None ☐    If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1444 Ridgemere Lane Winston-Salem, NC 27106** | **same** | **1996-2004** |

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

7

| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

| None ☐ | a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case. |
|---|---|

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **D. Shapiro Management, Inc.** | **11-3419524** | **6210 Hackers Bend Court Winston Salem, NC 27103** | **financial services - debtor owned 50% - out of business** | **2/12/98-1/31/04** |
| **Carlin Financial Group of NC, LLC** | **56-2112899** | **6210 Hackers Bend Ct. Winston Salem, NC 27103** | **financial services - debtor owned 50% - out of business** | **10/16/98-1/31/04** |
| **InvesTEC Financial Management, LLC** | **56-2084956** | **6210 Hackers Bend Ct. Winston Salem, NC 27103** | **financial services - debtor owned 50% - out of business** | **5/4/98-1/31/04** |
| **The Performance Group I, Inc.** | **56-2117627** | **6210 Hackers Bend Ct. Winston Salem, NC 27103** | **financial services - debtor owned 50% - out of business** | **7/1/99-1/31/04** |
| **ITAC Management, Inc.** | **56-2148447** | **6210 Hackers Bend Ct. Winston Salem, NC 27103** | **financial services - debtor owned 50% - out of business** | **6/24/99-1/31/04** |
| **Taylor Motorsports, LLC** | **56-2141002** | **6210 Hackers Bend Ct. Winston Salem, NC 27103** | **stock car racing - debtor owned 100% - out of business** | **8/3/98-12/31/01** |
| **George W. Taylor** | **27-0012316** | **6210 Hackers Bend Ct. Winston Salem, NC 27103** | **Not a business - tax ID# obtained to pay housekeeper in 2000.** | |

| None ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|

| NAME | ADDRESS |
|---|---|

8

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Brendle Shaffner, CPA** | **yearly tax returns** |
| **380 Knollwood St., Suite 350** | |
| **Winston Salem, NC 27103-1847** | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                                DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                        DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                            DATE AND PURPOSE                        AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                   OF WITHDRAWAL                          OR DESCRIPTION AND
                                                                                VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **March  4, 2005**                        Signature    **/s/ George William Taylor, Jr.**
                                                              **George William Taylor, Jr.**
                                                              Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **George William Taylor, Jr.**     Case No. _____

           Debtor(s)       Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept................................................... $     **1,600.00\***

    Prior to the filing of this statement I have received................................... $     **1,600.00**

    Balance Due.................................................................................................. $     **0.00**

2.   The source of the compensation paid to me was:

    ☐ Debtor     ☒ Other (specify):    **The debtor's wife paid $800.00**

3.   The source of compensation to be paid to me is:

    ☒ Debtor     ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. [Other provisions as needed]
         **As provided by the local rules and practice.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **a). Attendance at Rule 2004 Examination or other depositions;**
         **b). Any and all contested matters including disputes concerning valuation of property, objections to claims of exemptions, and requests to surrender property;**
         **c.) Any and all adversary proceedings including objections to discharge or discharge of certain debts and preference or fraudulent conveyance lawsuits;**
         **d.) Lien avoidance, redemption of property, motions to lift stay, negotiations with creditors and the execution of reaffirmation agreements; and,**
         **e). Any matters following the Section 341 first creditors meeting.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   <u>March 4, 2005</u>          **/s/ Algernon L. Butler, III 20881**
                                      **Algernon L. Butler, III 20881**
                                      **Butler & Butler, L.L.P.**
                                      **111 N. Fifth Avenue**
                                      **PO Box 38**
                                      **Wilmington, NC 28401**
                                      **910-762-1908  Fax: 910-762-9441**

\*In addition, the debtor paid $1,000.00 for advice regarding pending NASD arbitration and other legal matters

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition.  The bankruptcy law is complicated and not easily described.  Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court.  Court employees are prohibited from giving you legal advice.

## Chapter 7:  Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property.  You may claim certain of your property as exempt under governing law.  The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law.  Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest.  Your attorney can explain the options that are available to you.

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings.  Usually, the period allowed by the court to repay your debts is three years, but no more than five years.  Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11:  Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12:  Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| /s/ George William Taylor, Jr. | March  4, 2005 | |
| Debtor's Signature | Date | Case Number |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **George William Taylor, Jr.**                                              Case No.

_____                    Chapter    **13**
                              Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **March 4, 2005**                        **/s/ George William Taylor, Jr.**
                                                  **George William Taylor, Jr.**
                                                  Signature of Debtor

American Express
Att: Managing Agent/Officer
PO Box 360002
Ft. Lauderdale, FL 33336-0002

American Express
Att: Managing Agent/Officer
PO Box 360001
Ft. Lauderdale, FL 33336-0001

American Stock Exchange
Att: Managing Agent/Officer
PO Box 11181A
New York, NY 10286-1181

BB&T
Att : Mr. Jack R. Hayes
PO Box 1847
Wilson, NC 27894-1847

Best Buy
Attn: Managing Officer/Agent
PO Box 5238
Carol Stream, IL 60197

Carlin Equities Corporation
Att: Salvatore Risi
1270 Avenue of the Americas2ndFloor
New York, NY 10020

CDW Direct
Att: Managing Agent/Officer
PO Box 75723
Chicago, IL 60675-5723

CentraTrade Services, Ltd.
Att: Managing Agent/Officer
245 Commerce Green Blvd., Suite 240
Sugar Land, TX 77478

Comstock
Att: Managing Agent/Officer
22 Crosby Dr.
Bedford, MA 01730

Dell Financial Services
Att: Managing Agent/Officer
PO Box 80409
Austin, TX 78708-0409

Dillon, Bitar & Luther, LLC
Attorneys at Law
PO Box 398
Morristown, NJ 07963-0398

Dillon, Bitar & Luther, LLC
Attorney at Law
PO Box 398
Morristown, NJ 07963-0398

Dow Jones & Company
Att: Managing Agent/Officer
PO Box 300
Princeton, NJ 08543-0300

Employment Security Commission
Attn: Managing Officer/Agent
Post Office Box 26504
Raleigh, NC 27611-6504

Forsyth County Day School
Att: Hank Battle
5501 Shallowford Rd.
Lewisville, NC 27023

Generic Trading of Philadelphia,LLC
Att: Salvatore Risi
1270 Ave. of the Americas,12thFloor
New York, NY 10020

GMAC
Attn: Managing Officer/Agent
Post Office Box 30788
Charlotte, NC 28230-0788

Honda Financial
Att: Managing Agent/Officer
PO Box 650024
Dallas, TX 75265

Internal Revenue Service
Insolvency Support Services
320 Federal Place, Room 335
Greensboro, NC 27401

Kosiso Onyia
NASD Dispute Resolutions
1735 K Street, NW
Washington, DC 20006-1596

MCI
Att: Managing Agent/Officer
20855 Stone Oak Parkway
San Antonio, TX 78258

NAI Financial Services
Att: Managing Agent/Officer
PO Box 691355
Cincinnati, OH 45269-1355

New Hanover Regional Medical Ce
Attn: Managing Officer/Agent
Post Office Box 9000
Wilmington, NC 28402-9000

New River Assets
Att: Managing Agent/Officer
6210 Hackers Bend
Winston Salem, NC 27103

New York Stock Exchange
Att: Managing Agent/Officer
Grand Central Station/PO Box 4695
New York, NY 10163

North Carolina Dept. of Revenue
Office Serv. Division Bankr. Unit
Post Office Box 1168
Raleigh, NC 27602-1168

Reuters America
Att: Managing Agent/Officer
GPO Box 10410
Newark, NJ 07193-0410

SouthTrust Bank
Att: Managing Agent/Officer
PO Box 2233
Birmingham, AL 35201


Thomson Financial
Att: Managing Agent/Officer
195 Broadway
New York, NY 10007


USAA Auto Insurance
Att: Managing Agent/Officer
9800 Fredericksburg Rd.
San Antonio, TX 78288


USAA Mastercard
Att: Managing Agent/Officer
10750 McDermott Fwy.
San Antonio, TX 78288-0570


Verizon Wireless
Att: Managing Agent/Officer
PO Box 105378
Atlanta, GA 30348


VW Credit
Att: Managing Agent/Officer
PO Box 7247-0136
Philadelphia, PA 19170


Warranty Direct
Att: Managing Agent/Officer
333 Earle Ovington Blvd.
Uniondale, NY 11553


William Toole
c/o TravelClick, Inc.
100 Arapahoe, Suite 100
Boulder, CO 80302


Wilson & Iseman, Attorneys at Law
Att: Managing Agent/Officer
110 Oakwood Dr.
Winston Salem, NC 27103