# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WILMINGTON DIVISION

IN RE: GEORGE W. TAYLOR, JR.,

          Debtor.

Case No. 05-01763-8-JRL

Chapter 7

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appears in the above-captioned case as counsel for Carlin Equities Corporation and Generic Trading of Philadelphia, LLC and requests copies of all notices, pleadings and all other filings in the above-captioned case including, without limitation, those pursuant to Bankruptcy Rules 2002, 3017, 4001 and 9007.

Carlin Equities Corporation and Generic Trading of Philadelphia, LLC request that all counsel of record provide the following person(s) with copies of all notices, pleadings and all other filings in the above-captioned case. All counsel of record are requested to direct all written or telephonic correspondence as follows:

        Holmes P. Harden, Esquire
        W. Winborne Boyles, Esquire
        Maupin Taylor, P.A.
        3200 Beechleaf Court, Suite 500
        Raleigh, NC 27604
        Telephone: (919) 981-4000
        Facsimile: (919) 981-4300
        hharden@maupintaylor.com
        wboyles@maupintaylor.com

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

Carlin Equities Corporation and Generic Trading of Philadelphia, LLC additionally request that the Debtor and the Clerk of the Court place the undersigned counsel and his address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

Neither this Request for Notices nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct shall constitute a waiver of the within party's:

A. Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

B. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related thereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H);

C. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

D. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED this 13th day of April, 2005.


MAUPIN TAYLOR, P.A.


BY: _____
Holmes P. Harden
N.C. State Bar No. 9835
W. Winborne Boyles
N.C. State Bar No. 31411
Attorneys for Carlin Equities Corporation and
   Generic Trading of Philadelphia, LLC
3200 Beechleaf Court, Suite 500
Raleigh, NC 27604
Telephone: (919) 981-4000

RALEIGH\448795_1

CERTIFICATE OF SERVICE

I, W. Winborne Boyles, do hereby certify that the foregoing Notice of Appearance and Request for Notices was served upon all parties of record by mailing a copy thereof to their counsel of record at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, on the 13th day of April, 2005.

MAUPIN TAYLOR, P.A.

BY: _____
W. Winborne Boyles
Attorneys for Carlin Equities Corporation and
   Generic Trading of Philadelphia, LLC
3200 Beechleaf Court, Suite 500
Raleigh, NC 27604
Telephone: (919) 981-4000

SERVED:

Marjorie K. Lynch
Bankruptcy Administrator
434 Fayetteville Street Mall, Ste. 620
Raleigh, NC 27601

Algernon L. Butler, III, Esq.
Butler & Butler, L.L.P.
P. O. BOX 38
Wilmington, NC 28402

Robert R. Browning, Esq.
Chapter 13 Trustee
P.O. Box 8248
Greenville, NC 27835