VAN–126 Order for Refund of Unclaimed Funds – Rev. 01/27/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
George William Taylor Jr.
 ( debtor has no known aliases )
PO Box 1763
Wilmington, NC 28404

CASE NO.: 05–01763–8–SWH

DATE FILED: March 4, 2005

CHAPTER: 13

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $6,093.75 constituting unclaimed funds is declared due to Carlin Equities c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065–9216 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: June 2, 2015

Stephani W. Humrickhouse
United States Bankruptcy Judge